1

2

3

4

5          **IN THE UNITED STATES DISTRICT COURT FOR THE**

6                **EASTERN DISTRICT OF CALIFORNIA**

7

8    MARK DELL DONNE, et al.,              )    NO. 1:10-CV-02341 AWI JLT
                                           )
9               Plaintiffs,                )    ORDER DISMISSING
        v.                                 )    DEFENDANT LISA PLANK
10                                         )    ONLY IN LIGHT OF
     HERBERT W. HARDT, et al.,             )    STIPULATION OF DISMISSAL
11                                         )
                Defendants.                )
12   _____)

13

14

15       On February 1, 2011, the Plaintiffs filed a stipulation of dismissal of Defendant Lisa

16   Plank only, without prejudice, pursuant to Rule 41(a)(1)(ii).

17       Rule 41(a)(1), in relevant part, reads:

18       an action may be dismissed by the plaintiff without order of court (i) by filing a
         notice of dismissal at any time before service by the adverse party of an answer or
19       of a motion for summary judgment, whichever first occurs, or (ii) by filing a
         stipulation of dismissal signed by all parties who have appeared in the action.
20       Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is
         without prejudice, except that a notice of dismissal operates as an adjudication
21       upon the merits when filed by a plaintiff who has once dismissed in any court of
         the United States or of any state an action based on or including the same claim.

22   Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily after service of an

23   answer by filing a written stipulation to dismiss signed by all of the parties, although an oral

24   stipulation in open court will also suffice. Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d

25   1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986). Once the

26   stipulation between the parties who have appeared is properly filed or made in open court, no

27   order of the court is necessary to effectuate dismissal. Fed. R. Civ. Pro. 41(a)(1)(ii); Eitel, 782

28   F.2d at 1473 n.4. "Caselaw concerning stipulated dismissals under Rule 41(a) (1) (ii) is clear

1   that the entry of such a stipulation of dismissal is effective automatically and does not require

2   judicial approval." In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989); Gardiner v. A.H. Robins Co.,

3   747 F.2d 1180, 1189 (8th Cir. 1984); see also Gambale v. Deutsche Bank AG, 377 F.3d 133, 139

4   (2d Cir. 2004); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir.

5   1999) cf. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997) (addressing 41(a)(1)(i)).

6   "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a

7   Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants

8   who are the subjects of the notice." Wilson, 111 F.3d at 692; Concha v. London, 62 F.3d 1493,

9   1506 (9th Cir. 1995).

10   Because plaintiffs have filed a voluntary dismissal under Rule 41(a)(1)(ii) as to only

11   Defendant Lisa Plank, this case has terminated as to this Defendant only. See Fed. R. Civ. Pro.

12   41(a)(1)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d

13   at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

14   Therefore, IT IS HEREBY ORDERED that LISA PLANK, is DISMISSED from this case

15   without prejudice in light of plaintiffs filed and properly signed Rule 41(a)(1) voluntary

16   dismissal.

17

18   IT IS SO ORDERED.

19

Dated:     February 3, 2011

20                                                                     _____

                                                CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28                                                                2