UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DELL DONNE, individually, as a participant in THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN, and as trustee of THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN; THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN; and THE JOURNEY ELECTRICAL TECHNOLOGIES, INC., a California corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>HERBERT W. HARDT, an individual; L. DAVID BRANDON, an individual; LISA PLANK, an individual; and DOES 1-200,<br><br>  Defendants. | 1:10-CV-2341 AWI JLT<br><br>ORDER RE: EX PARTE APPLICATION FOR EXTENSION OF TIME |

The Secretary of Labor, having presented an Ex Parte Application for Extension of Time to respond to this Court's May 23, 2011 Order Re: Additional Briefing, and with good cause shown, the deadlines set out in this Court's May 23, 2011 Order Re: Additional Briefing are extended as follows:

for the Secretary of Labor's briefing, from 4:00 PM on June 21, 2011 to 4:00 PM on Tuesday, July 19, 2011;

for Defendants' responses, from by 4:00 PM on July 5, 2011 to 4:00 PM on Tuesday,

1

1  August 2, 2011; and,
2         for Plaintiffs' responses, from 4:00 PM on July 14, 2011 to 4:00 PM on Tuesday, August
3  16, 2011.
4
5
6  IT IS SO ORDERED.
7
   Dated:   June 17, 2011
8                                                       _____
                                                        CHIEF UNITED STATES DISTRICT JUDGE