# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DELL DONNE, et al., | ) Case No.: 1:10-cv-02341 AWI JLT |
| Plaintiffs, | ) |
| | ) ORDER CONTINUING SCHEDULING |
| v. | ) CONFERENCE |
| | ) |
| HERBERT W. HARDT, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter is related to Solis v. Hardt, et al., case number 1:10-cv-02283 AWI JLT. On September 7, 2011, the Court granted in part and denied in part Defendants' motion to dismiss and granted leave to amend in this case. On September 26, 2011, Plaintiff filed her First Amended Complaint.

The scheduling conference in this matter and the Solis matter is September 29, 2011. However, because the pleadings in this matter continue to be unsettled, the Court **ORDERS** the scheduling conference to be continued. Therefore the Court **ORDERS**:

1. The Scheduling Conference currently set on September 29, 2011, will be continued **to October 20, 2011 at 10:00 a.m.**;
2. A Joint Scheduling Conference Statement SHALL be filed in both cases and an electronic copy of both joint statements shall be e-mailed to

1

JLTOrders@caed.uscourts.gov, no later than seven days before the conference.

3. The parties are advised that the Court **SHALL** proceed with the scheduling conference on October 20, 2011 whether a further motion to dismiss is filed.

IT IS SO ORDERED.

Dated:  **September 27, 2011**                         /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE