UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DELL DONNE, individually, as a participant in THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN, and as trustee of THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN; THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN; and THE JOURNEY ELECTRICAL TECHNOLOGIES, INC., a California corporation,<br><br>   Plaintiffs,<br><br>  v.<br><br>HERBERT W. HARDT, an individual; L. DAVID BRANDON, an individual; LISA PLANK, an individual; and DOES 1-200,<br><br>   Defendants. | 1:10-CV-2341 AWI JLT<br><br>ORDER VACATING HEARING DATE OF DECEMBER 5, 2011 AND TAKING MATTER UNDER SUBMISSION |

  Defendants have made filed a motion to dismiss for failure to state a claim. Doc. 63. Plaintiffs have filed an opposition. Doc. 68. Defendants have filed a reply. Doc. 73. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

1

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 5, 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     November 30, 2011

CHIEF UNITED STATES DISTRICT JUDGE