UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DELL DONNE, individually, as a participant in THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN, and as trustee of THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN; THE JOURNEY ELECTRICAL TECHNOLOGIES, INC. 401K PLAN; and THE JOURNEY ELECTRICAL TECHNOLOGIES, INC., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>HERBERT W. HARDT, an individual; L. DAVID BRANDON, an individual; LISA PLANK, an individual; and DOES 1-200,<br><br>    Defendants. | 1:10-CV-2341 AWI JLT<br><br>ORDER VACATING HEARING DATE OF DECEMBER 5, 2011 AND TAKING MATTER UNDER SUBMISSION |

    Defendants have made filed a motion to dismiss for failure to state a claim. Doc. 63. Plaintiffs have filed an opposition. Doc. 68. Defendants have filed a reply. Doc. 73. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

1

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December
2  5, 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take
3  the matter under submission and will thereafter issue its decision.
4  IT IS SO ORDERED.

5
6  Dated:   November 30, 2011                                    /s/ signature
                                              CHIEF UNITED STATES DISTRICT JUDGE