# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DELL DONNE, ET AL., | CASE NO. 1:10-CV-2341-AWI-JLT |
| Plaintiffs, | ORDER RE: ORDER TO SHOW CAUSE |
| v. | |
| HERBERT W. HARDT, ET AL., | |
| Defendants. | |

    The pretrial conference in this action was set for January 23, 2013. The parties did not file a pretrial statement. The court issued an order to show cause why sanctions should not be imposed. The parties have responded, explaining that they are in the process of settling the case and that they inadvertently neglected to inform the court of that development. No sanctions will be imposed. The court awaits a formal filing disposing of this case.

IT IS SO ORDERED.

Dated:   February 12, 2013

                                              SENIOR DISTRICT JUDGE